
**ORIGINAL**

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

**FILED**
SEP 2 2 2011
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re: ) Chapter 13
)
FAAGALOGALO SAIPELE FAIAIPAU ) Case No. 07-52970 SLJ
)
) **NOTICE OF UNCLAIMED DIVIDEND**
)
Debtor )
)

The final dividend to Creditor, FIRST AMERICAN INVESTMENT CO in the above entitled matter was returned marked: RETURN TO SENDER - NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $176.62 as an unclaimed dividend.

Claim # 13    FIRST AMERICAN INVESTMENT CO
              2809 WEHRLE DR #1
              WILLIAMSVILLE, NY 14221-7385

Dated: September 19, 2011

_E Alexandra DeLaFuen for_
DEVIN DERHAM-BURK, TRUSTEE

CHAPTER 13 TRUSTEE
P.O. BOX 50013
SAN JOSE, CA 95150-0013



RECEIVED
JAN 07 2011
DEVIN DERHAM-BURK
TRUSTEE CHAPTER 13

US POSTAGE $00.44° DEC 15 2010 MAILED FROM ZIPCODE 95032

NIXIE  146  DE 1  00 01/03/11
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 95150001913  *2755-00864-15-39

TO THE ORDER OF:
FIRST AMERICAN INVESTMENT CO
2809 WEHRLE DR #1
WILLIAMSVILLE, NY 14221-7385